**DISMISS and Opinion Filed October 6, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00952-CV

### IN THE INTEREST OF A.W., A CHILD

On Appeal from the 304th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 08-00843-W

## MEMORANDUM OPINION
Before Justices Lang, Evans, and Whitehill
Opinion by Justice Lang

In a letter dated August 18, 2015, the Court questioned its jurisdiction over this appeal. Specifically, there does not appear to be an appealable order. We instructed appellant to file a letter brief addressing our jurisdictional concern and gave appellee an opportunity to respond.

This Court has jurisdiction only over appeals from final judgments and those interlocutory orders specifically authorized by statute. *See Lehmann v. Har-Con Corp.*, 39 S.W.2d 191, 195 (Tex. 2001). A final judgment is one that disposes of all parties and all claims. *See id.*

On June 9, 2015, the trial court signed a bench warrant directing the Warden of the Institutional Division of the Texas Department of Criminal Justice, Huntsville, Texas deliver appellant to the Sheriff of Dallas County for a hearing on June 24, 2015. Appellant was not present at the hearing. In the notice of appeal, appellant complains about the failure of the Dallas

County Sheriff's Department to transport him to the hearing in accordance with the bench warrant.

Appellant is not appealing from a final judgment or any appealable interlocutory order. In his jurisdictional brief, appellant failed to address the absence of an appealable order. Because there is no appealable order, this Court lacks jurisdiction. *See Lehmann*, 39 S.W.3d at 195. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

150952F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF A.W., A CHILD

No. 05-15-00952-CV

On Appeal from the 304th Judicial District Court, Dallas County, Texas.
Trial Court Cause No. 08-00843-W.
Opinion delivered by Justice Lang.  Justices Evans and Whitehill participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Terri J. Jennings recover her costs of this appeal from appellant Senrick S. Wilkerson.

Judgment entered this 6th day of October, 2015.